NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1141

MATTHEW FONTANILLE

VERSUS

AMANDA BULLER

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 212,991,
HONORABLE F. RAE DONALDSON SWENT, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

**AFFIRMED IN PART; REVERSED IN PART; AND RENDERED.**

Zebulon M. Winstead
Jeremy C. Cedars
Provosty, Sadler, deLaunay
Post Office Drawer 1791
Alexandria, Louisiana 71309-1791
(318) 445-3631
Counsel for Plaintiff/Appellee/Appellant:
    Matthew Fontanille

Thomas D. Davenport
Luneau Law Office, APLC
1239 Jackson Street
Alexandria, Louisiana 71301
(318) 767-1161
Counsel for Defendant/Appellant/Appellee:
    Amanda Buller